# EXHIBIT 8



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

**To:** OCR Enforcement Staff
**From:** Craig Trainor, Acting Assistant Secretary for Civil Rights
**Date:** February 20, 2025
**Re:** Revised Case Processing Manual/Disability Discrimination Complaints

---

I am pleased to share with you OCR's revised Case Processing Manual (CPM). It is effective immediately. We will schedule two training sessions next week to provide staff with an overview of the revisions.

In addition, I am lifting the pause on the processing of complaints alleging discrimination on the basis of disability. Effective immediately, please process complaints that allege **only** disability-based discrimination (i.e., complaints that do not allege other statutory violations) pursuant to the provisions of the revised CPM and the following guidelines:

- The dismissal or resolution under CPM Sections 302, 303(a), and/or 303(b) of complaints that allege disability harassment or restraint and seclusion must be approved by your Enforcement Director, the Deputy Assistant Secretary for Enforcement, and the Acting Assistant Secretary. Letters of notification opening disability harassment or restraint and seclusion complaints for investigation must be approved at the regional office level.

- All other disability-based complaints are processed at the regional office level.

- Disability-based complaints can be mediated, as appropriate, pursuant to CPM Sections 201(a) or 201(b).

If you have any questions regarding the revised CPM or these guidelines, please direct them to your Enforcement Director. Thank you for your continued efforts while we work to advance President Trump's priorities for the American people.

Enclosure: Revised CPM

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.