## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-11042-MJJ |

## STATUS REPORT REGARDING COMPLIANCE

Defendants, through undersigned counsel, hereby file this Status Report documenting the steps they have taken to date to comply with this Court's preliminary injunction. *See* ECF No. 40. That preliminary injunction, which was entered by the Court at 6:00 p.m. on Wednesday, June 18, required the filing of a status report "within 72 hours of the entry of this Order, describing all steps Defendants have taken to comply with this Order, and every week thereafter until the Department is restored to the status quo prior to January 20, 2025." *Id.* at 43. Consistent with the Court's order, Defendants submit this initial status report.[1] In support of the Status Report, Defendants submit the attached declaration, which identifies the steps the Department of Education has taken to date to comply with the Court's preliminary injunction.

---

[1] Due to the application of Federal Rule of Civil Procedure 6(a)(2), Defendants' initial status report is not due until 6:00 p.m. on Monday, June 23.

Dated: June 23, 2025                          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: June 23, 2025

>*/s/ Brad P. Rosenberg*
>BRAD P. ROSENBERG
>Special Counsel