# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-11042-MJJ |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## INDICATIVE RULING PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 62.1

December 11, 2025

JOUN, D.J.

Having considered the parties' submissions, and for good cause shown, the Court GRANTS the Plaintiffs' motion for an indicative ruling pursuant to Rule 62.1(a)(3) of the Federal Rules of Civil Procedure. The Court would grant the Plaintiffs' motion to dissolve the preliminary injunction if the United States Court of Appeals for the First Circuit were to remand the case for this purpose. The Plaintiffs shall promptly notify the Clerk of the First Circuit of this indicative ruling pursuant to Rule 12.1(a) of the Federal Rules of Appellate Procedure.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge