# United States Court of Appeals
## For the First Circuit

No. 25-1787

VICTIM RIGHTS LAW CENTER; TARA BLUNT; T. R., by and through their parent, Tara Blunt; KAREN JOSEFOSKY; A. J., by and through their parent, Karen Josefosky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in the official capacity as Secretary of Education; CRAIG TRAINOR, in the official capacity as Acting Assistant Secretary for Civil Rights,

Defendants - Appellants.

Before

Montecalvo, Rikelman, and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: January 9, 2026

This is an appeal from an order granting a preliminary injunction on June 18, 2025, in the District Court for the District of Massachusetts. We have jurisdiction under 28 U.S.C. § 1292(a). On September 29, we granted Defendant-Appellants ("the Government") a stay pending appeal. We then granted an assented-to request to hold the appeal in abeyance while the parties sought an indicative ruling from the district court with respect to a potential vacatur of the underlying preliminary injunction. The district court since has issued an indicative ruling under Federal Rule of Civil Procedure Rule 62.1 stating that it would grant a "motion to dissolve the preliminary injunction if" this court "were to remand the case for this purpose."

The parties now have filed a "Joint Motion for Limited Remand Pursuant to Federal Rule of Appellate Procedure 12.1(b)." The motion is hereby **GRANTED**. This appeal is remanded to the district court's jurisdiction for the limited purpose of a ruling on a motion to vacate and/or dissolve the preliminary injunction. See Fed. R. App. P. 12.1(b). The Government's obligations to file an opening brief and appendix are formally **STAYED** until further order by this court. The Government shall file a status report or appropriate motion with this court either (i) seven (7) days

after the issuance of any relevant ruling by the district court or (ii) thirty (30) days after the entry of this order, whichever date is earlier.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Honorable Myong J. Joun
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Donald Campbell Lockhart
Abraham R. George
Melissa N. Patterson
Steven A. Myers
Lindsey Reid Skibell
Sean R. Ouellette
Jonathan Hale Friedman