**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Victim Rights Law Center, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Department of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-11042-MJJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Tara Blunt hereby dismisses the claims brought on behalf of herself and her minor child, T.R.

Respectfully submitted,

September 22, 2026

*/s/ Sean Ouellette*
Sean Ouellette
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 322-1959
souellette@democracyforward.org

Alexandra Z. Brodsky*
**PUBLIC JUSTICE**
1620 L Street NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
abrodsky@publicjustice.net

L. Reid Skibell*
Jonathan H. Friedman*
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 970-1600
rskibell@glennagre.com
jfriedman@glennagre.com

*Counsel for Plaintiffs*

**Admitted pro hac vice*